UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| CHUBB CUSTOM INSURANCE COMPANY, *AS A SUBROGEE OF REAL ESTATE EQUITIES, INC.,* | Civil No. 07-3132 (JRT/FLN) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| VENMAR VENTILATION, INC., | |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| VON WEISE USA, INC., | |
| Third-Party Defendant. | |

_____

Based on the parties' Stipulation for Dismissal with Prejudice filed October 27, 2009 [Docket No. 90],

**IT IS HEREBY ORDERED** that all of the remaining claims in the above-entitled action are hereby **DISMISSED WITH PREJUDICE** but without cost to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: November 2, 2009
at Minneapolis, Minnesota.

                s/ John R. Tunheim
                JOHN R. TUNHEIM
               United States District Judge